## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Eric D. Clarke

<u>Debtor</u>

CHAPTER 13

BKY. NO. 13-21927 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of HRB MORTGAGE HOLDINGS LLC, and index same on the master mailing list.

Re: Loan # Ending In: 1106

Respectfully submitted,

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
jgoldman@kmllawgroup.com
Attorney I.D. No. 205047
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-825-6306
Fax: 215-825-6406
Attorney for Movant/Applicant