**DEFAULT O/E JAD**

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eric D. Clarke<br>               Debtor | |
| HRB MORTGAGE HOLDINGS LLC, its successors and/or assigns<br>               Movant<br>       v.<br>Eric D. Clarke<br>               Respondent<br>       and<br>Ronda J. Winnecour, Trustee<br>               Additional Respondent | BK. NO. 13-21927 JAD<br><br>CHAPTER 13<br><br>Related to Docket # 90 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

      AND NOW, this 22nd day of November, 2016, at Pittsburgh, upon Motion of HRB MORTGAGE HOLDINGS LLC, its successors and/or assigns, it is

      **ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 602 Fieldstone Drive, Coraopolis, Pa 15108 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

                                                                             */s/* jsf

                                                    United States Bankruptcy Judge
                                                    **JEFFERY A. DELLER**

In the event that any order is entered in this case granting relief from the automatic stay to a <u>secured creditor</u>, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

                                                                               FILED
                                                                               11/22/16 3:42 pm
                                                                              CLERK
                                                                              U.S. BANKRUPTCY
                                                                              COURT - WDPA

Eric D. Clarke
829 Carnival Way
Pittsburgh, PA 15210

Bryan P. Keenan Esq.
993 Greentree Road
Suite 101
Pittsburgh, PA 15220
bryan@attorneykeenan.com

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Eric D. Clarke  
      Debtor

Case No. 13-21927-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 1      Date Rcvd: Nov 22, 2016  
                   Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2016.  
db           +Eric D. Clarke,    829 Carnival Way,    Pittsburgh, PA 15210-1003  
             +KML Law Group, P.C.,    701 Market St. Ste. 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2016                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2016 at the address(es) listed below:  
           Bryan P. Keenan    on behalf of Debtor Eric D. Clarke keenan662@gmail.com, melindap662@gmail.com  
           Daniel Brett Sullivan    on behalf of Interested Party    Nationstar Mortgage, LLC  BNCmail@w-legal.com, DanS@w-legal.com  
           Joshua I. Goldman    on behalf of Creditor    HRB MORTGAGE HOLDINGS LLC bkgroup@kmllawgroup.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                              TOTAL: 6