**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Eric D. Clarke**
    Debtor(s)

Bankruptcy Case No.: 13–21927–JAD

Chapter: 13
Docket No.: 103 – 102

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 30th of May, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/16/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/25/18 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/16/18.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-21927-JAD
Eric D. Clarke                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: jfur            Page 1 of 2          Date Rcvd: May 30, 2018
                           Form ID: 408          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
```
db          +Eric D. Clarke,    829 Carnival Way,    Pittsburgh, PA 15210-1003
aty         +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
             Pittsburgh, PA 15219-2719
cr           Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
13630554    +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13630555    +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
13630559     Moon Area School District,    c/o Keystone Municipal Collections,    118 Wendel Road,
             Irwin, PA 15642
13630560     Moon Township,    c/o Keystone Municipal Collections,    118 Wendel Road,    Irwin, PA 15642
13712661    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
             PO Box 630267,    Irving, TX 75063)
13630561     People Natural Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
13630563    +Santander Consumer USA,    PO Box 660633,    Dallas, TX 75266-0633
13639596     Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13630554    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 31 2018 02:28:10     Capital 1 Bank,
             Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13630556    +E-mail/PDF: gecsedi@recoverycorp.com May 31 2018 02:28:08     Gecrb/care Credit,
             C/o Po Box 965036,    Orlando, FL 32896-0001
13709490     E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2018 02:28:29
             LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13630558    +E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2018 02:29:13     Lvnv Funding Llc,
             Po Box 740281,    Houston, TX 77274-0281
13699531     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2018 02:29:49
             Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13630562    +E-mail/Text: nod.referrals@fedphe.com May 31 2018 02:24:12     Phelan Hallinan & Schmieg, LLP,
             c/o Francis S. Hallinan,    1617 John F. Kennedy Boulevard,    Suite 1400,
             Philadelphia, PA 19103-1814
                                                                           TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           HRB MORTGAGE HOLDINGS LLC
intp         Nationstar Mortgage, LLC
13630557    ##+H & R Block Bank, A Federal Savings Bank,    co Nationstar Mortgage LLC,    Attn: Bankruptcy,
             350 Highland Drive,    Lewisville, TX 75067-4177
                                                              TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0315-2          User: jfur                Page 2 of 2            Date Rcvd: May 30, 2018
                              Form ID: 408              Total Noticed: 16

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
          Bryan P. Keenan    on behalf of Debtor Eric D. Clarke keenan662@gmail.com,  melindap662@gmail.com
          Daniel Brett Sullivan    on behalf of Interested Party    Nationstar Mortgage, LLC
           BNCmail@w-legal.com,  DanS@w-legal.com
          James  Warmbrodt    on behalf of Creditor    HRB MORTGAGE HOLDINGS LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    HRB MORTGAGE HOLDINGS LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                               TOTAL: 7