**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ERIC D. CLARKE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Repondents. | Case No.:13-21927 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 05/02/2013  and confirmed on 7/2/13 .  The case was subsequently           Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 53,016.00 |
| Less Refunds to Debtor | 3,213.49 | |
| TOTAL AMOUNT OF PLAN FUND | | 49,802.51 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,079.00 | |
|    Trustee Fee | 1,962.98 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,041.98 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   H & R BLOCK BANK | 18,440.24 | 18,440.24 | 0.00 | 18,440.24 |
|     Acct: XXX1106 | | | | |
|   H & R BLOCK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1106 | | | | |
|   H & R BLOCK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1106 | | | | |
|   SANTANDER CONSUMER USA FOR SOVI | 16,116.83 | 16,116.83 | 3,347.49 | 19,464.32 |
|     Acct: 1554 | | | | |
| | | | | 37,904.56 |
| **Priority** | | | | |
|   BRYAN P KEENAN ESQ | 3,079.00 | 3,079.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ERIC D. CLARKE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ERIC D. CLARKE | 3,213.49 | 3,213.49 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MOON ASD (MOON TWP) - EIT** | 508.00 | 508.00 | 0.00 | 508.00 |
|     Acct: XXXXXX0-11 | | | | |
|   MOON TWP (EIT)** | 508.00 | 508.00 | 0.00 | 508.00 |
|     Acct: XXXXXX0-11 | | | | |
|   H & R BLOCK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1106 | | | | |
| | | | | 1,016.00 |
| **Unsecured** | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,201.28 | 1,201.28 | 0.00 | 1,201.28 |
|     Acct: 9852 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 2,084.26 | 2,084.26 | 0.00 | 2,084.26 |
|     Acct: 5442 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,554.43 | 1,554.43 | 0.00 | 1,554.43 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|     Acct: 6539 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0426 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9538 | | | | |
|   BERNSTEIN-BURKLEY PC (FORMERLY F( | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL B SULLIVAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATIONSTAR MORTGAGE LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 4,839.97 |

TOTAL PAID TO CREDITORS                                                                43,760.53

TOTAL
CLAIMED        1,016.00
PRIORITY      34,557.07
SECURED        4,839.97


Date: 05/25/2018                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ERIC D. CLARKE

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:13-21927 JAD

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                              BY THE COURT:

                                              _____
                                              U.S. BANKRUPTCY JUDGE

```
                       United States Bankruptcy Court
                       Western District of Pennsylvania
In re:                                                         Case No. 13-21927-JAD
Eric D. Clarke                                                 Chapter 13
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0315-2          User: jfur                Page 1 of 2            Date Rcvd: May 30, 2018
                              Form ID: pdf900           Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
db             +Eric D. Clarke,    829 Carnival Way,    Pittsburgh, PA 15210-1003
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA 15219
13630554       +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,   Salt Lake City, UT 84130-0285
13630555       +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
13630559        Moon Area School District,    c/o Keystone Municipal Collections,    118 Wendel Road,
                 Irwin, PA 15642
13630560        Moon Township,    c/o Keystone Municipal Collections,    118 Wendel Road,   Irwin, PA 15642
13712661       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
                 PO Box 630267,    Irving, TX 75063)
13630561        People Natural Gas,    PO Box 644760,   Pittsburgh, PA 15264-4760
13630563       +Santander Consumer USA,    PO Box 660633,   Dallas, TX 75266-0633
13639596        Santander Consumer USA,    P.O. Box 560284,   Dallas, TX 75356-0284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13630554       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 31 2018 02:29:04     Capital 1 Bank,
                 Attn: Bankruptcy Dept.,    Po Box 30285,   Salt Lake City, UT 84130-0285
13630556       +E-mail/PDF: gecsedi@recoverycorp.com May 31 2018 02:28:17     Gecrb/care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
13709490        E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2018 02:29:16
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13630558       +E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2018 02:29:15     Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
13699531        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2018 02:29:51
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13630562       +E-mail/Text: nod.referrals@fedphe.com May 31 2018 02:24:12     Phelan Hallinan & Schmieg, LLP,
                 c/o Francis S. Hallinan,    1617 John F. Kennedy Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HRB MORTGAGE HOLDINGS LLC
intp            Nationstar Mortgage, LLC
13630557       ##+H & R Block Bank, A Federal Savings Bank,   co Nationstar Mortgage LLC,    Attn: Bankruptcy,
                 350 Highland Drive,    Lewisville, TX 75067-4177
                                                                                TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2              User: jfur                 Page 2 of 2                  Date Rcvd: May 30, 2018
                                  Form ID: pdf900            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2018 at the address(es) listed below:
           Bryan P. Keenan    on behalf of Debtor Eric D. Clarke keenan662@gmail.com,   melindap662@gmail.com
           Daniel Brett Sullivan    on behalf of Interested Party    Nationstar Mortgage, LLC
            BNCmail@w-legal.com,   DanS@w-legal.com
           James Warmbrodt    on behalf of Creditor    HRB MORTGAGE HOLDINGS LLC bkgroup@kmllawgroup.com
           Joshua I. Goldman    on behalf of Creditor    HRB MORTGAGE HOLDINGS LLC bkgroup@kmllawgroup.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
            ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                  TOTAL: 7