**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   ERIC D. CLARKE<br><br>       Debtor(s)<br><br>   Ronda J. Winnecour<br>       Movant<br>       vs.<br>   No Repondents. | Case No.:13-21927 JAD<br><br>Chapter 13<br><br>Document No.: 102 |

### ORDER OF COURT

AND NOW, this __19th__ day of __July__, 20__18__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
7/19/18 12:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
jsf

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-21927-JAD
Eric D. Clarke                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: mgut              Page 1 of 2              Date Rcvd: Jul 19, 2018
                             Form ID: pdf900         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2018.
db            +Eric D. Clarke,    829 Carnival Way,    Pittsburgh, PA 15210-1003
aty           +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                Pittsburgh, PA 15219-2719
cr             Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
13630555      +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
13630559       Moon Area School District,    c/o Keystone Municipal Collections,    118 Wendel Road,
                Irwin, PA 15642
13630560       Moon Township,    c/o Keystone Municipal Collections,    118 Wendel Road,    Irwin, PA 15642
13712661      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
                PO Box 630267,    Irving, TX 75063)
13630561       People Natural Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
13630563      +Santander Consumer USA,    PO Box 660633,    Dallas, TX 75266-0633
13639596       Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13630554      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 20 2018 02:21:11      Capital 1 Bank,
                Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13630556      +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2018 02:20:30      Gecrb/care Credit,
                C/o Po Box 965036,    Orlando, FL 32896-0001
13709490       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 20 2018 02:33:26
                LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13630558      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 20 2018 02:33:25      Lvnv Funding Llc,
                Po Box 740281,    Houston, TX 77274-0281
13699531       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2018 02:35:08
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13630562      +E-mail/Text: nod.referrals@fedphe.com Jul 20 2018 02:26:53      Phelan Hallinan & Schmieg, LLP,
                c/o Francis S. Hallinan,    1617 John F. Kennedy Boulevard,    Suite 1400,
                Philadelphia, PA 19103-1814
                                                                                             TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HRB MORTGAGE HOLDINGS LLC
intp            Nationstar Mortgage, LLC
13630557       ##+H & R Block Bank, A Federal Savings Bank,    co Nationstar Mortgage LLC,    Attn: Bankruptcy,
                350 Highland Drive,    Lewisville, TX 75067-4177
                                                                                TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Debtor Eric D. Clarke keenan662@gmail.com, melindap662@gmail.com
              Daniel Brett Sullivan    on behalf of Interested Party    Nationstar Mortgage, LLC
               BNCmail@w-legal.com, DanS@w-legal.com
              James   Warmbrodt    on behalf of Creditor   HRB MORTGAGE HOLDINGS LLC bkgroup@kmllawgroup.com

```
District/off: 0315-2           User: mgut                    Page 2 of 2               Date Rcvd: Jul 19, 2018
                               Form ID: pdf900               Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joshua I. Goldman    on behalf of Creditor    HRB MORTGAGE HOLDINGS LLC bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                   TOTAL: 7